1   BENJAMIN B. WAGNER
    United States Attorney
2   KEVIN C. KHASIGIAN
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone:  (916) 554-2700

5

6

7

8               IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        ) No. 2:11-mc-00095-MCE-GGH
                                     )
12                   Plaintiff,      ) STIPULATION AND ORDER EXTENDING
                                     ) TIME FOR FILING A COMPLAINT FOR
13        v.                         ) FORFEITURE AND/OR TO OBTAIN AN
                                     ) INDICTMENT ALLEGING FORFEITURE
14  APPROXIMATELY $11,400.00 IN      )
    U.S. CURRENCY,                   )
15                                   )
                                     )
16                   Defendant.      )
    _____)

17       It is hereby stipulated by and between the United States of

18  America and claimant Alex Herrera ("claimant"), by and through his

19  attorney, as follows:

20       1.  On or about September 20, 2011, claimant Alex Herrera

21  filed a claim, in the administrative forfeiture proceedings, with

22  the Federal Bureau of Investigation with respect to the

23  Approximately $11,400.00 in U.S. Currency (hereafter the "defendant

24  currency"), which was seized on July 12, 2011.

25  ///

26  ///

27  ///

28  ///

                              1          Stipulation and Order to Extend Time

2.   The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is currently December 21, 2011.

4.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to February 19, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///

1      5.   Accordingly, the parties agree that the deadline by which

2   the United States shall be required to file a complaint for

3   forfeiture against the defendant currency and/or to obtain an

4   indictment alleging that the defendant currency is subject to

5   forfeiture shall be extended to February 19, 2012.

6

7                                    BENJAMIN B. WAGNER
                                     United States Attorney
8

9   DATE: 12/15/2011               /s/ Kevin C. Khasigian
                                     KEVIN C. KHASIGIAN
10                                   Assistant U.S. Attorney

11

12  DATE: 12/14/2011               /s/ Jesse Santana
                                     JESSE SANTANA
13                                   Attorney for Claimant Alex Herrera
                                     (Original Signature Retained by
14                                    Attorney)

15

16      **IT IS SO ORDERED.**

17  Dated: December 20, 2011

18

19

20                                   MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

                          3                 Stipulation and Order to Extend Time