```
BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-MC-00095-MCE-GGH |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER EXTENDING |
| ) | TIME FOR FILING A COMPLAINT FOR |
| v. ) | FORFEITURE AND/OR TO OBTAIN AN |
| ) | INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $11,400.00 IN ) | |
| U.S. CURRENCY, ) | |
| ) | |
| ) | |
| Defendant. ) | |

It is hereby stipulated by and between the United States of America and claimant Alex Herrera ("claimant"), by and through his attorney, as follows:

1. On or about September 20, 2011, claimant Alex Herrera filed a claim in the administrative forfeiture proceedings with the Federal Bureau of Investigation with respect to the Approximately $11,400.00 in U.S. Currency (hereafter the "defendant currency"), which was seized on July 12, 2011.

2. The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.

///

1                           Stipulation and Order to Extend Time

The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was December 21, 2011.

4.   By Stipulation and Order filed on or about November 4, 2011, the parties stipulated to extend to February 17, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to May 17, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///

1    6.  Accordingly, the parties agree that the deadline by which
2 the United States shall be required to file a complaint for
3 forfeiture against the defendant currency and/or to obtain an
4 indictment alleging that the defendant currency is subject to
5 forfeiture shall be extended to May 17, 2012.

                            BENJAMIN B. WAGNER
                            United States Attorney

DATE: 02/10/12            /s/ Kevin C. Khasigian
                            KEVIN C. KHASIGIAN
                            Assistant U.S. Attorney


DATE: 2/9/2012            /s/ Jesse Santana
                            JESSE SANTANA
                            Attorney for Claimant Alex Herrera
                            (Signature retained by Attorney)

**IT IS SO ORDERED.**

Dated: February 15, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE